Michael W. Maunu
c/o 1172 South Main Street #193
Salinas, California  93901
Tel. 831-236-0957
mike@mikemaunu.com

Plaintiff in Pro Per

FILED

2015 AUG 14  P 3: 1

RICHARD W. WIEKING
CLERK, U.S. DIST. COURT

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 8/19/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MICHAEL W. MAUNU, an individual, | Case No.:  5:2015-CV-02713-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| K.B.R., INC. DBA RASH CURTIS & ASSOCIATES, and Does 1-10, inclusive, Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR

RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal

Rule of Civil Procedure 41(a).  Such dismissal shall be without prejudice.

The clerk shall close this file.

Dated:  August 11, 2015

Michael W. Maunu, Plaintiff in Pro Per

1

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
COUNTY OF MONTEREY          )

    I, Cindi Webb, declare as follows:

    I am employed in Monterey County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is:

    1172 South Main #193 Salinas, California

    On August 11, 2015, I served the following:

### NOTICE OF VOLUNTARY DISMISSAL

On interested parties in said action by priority mail, postage prepaid, addressed as follows:

Amanda Nicole Griffith
Andrew M. Steinheimer
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825

    I personally deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Monterey, California, in the ordinary course of business.  I am not a registered California process server.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2015 at Monterey, California

_____

2